**FILED**

**NOT FOR PUBLICATION**

SEP 29 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 05-50902 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-02434-JTM |
| v. | |
| RALPH INZUNZA, | ORDER |
| Defendant - Appellant. | |

Before: CANBY, BYBEE and M. SMITH, Circuit Judges.

The motion of appellant Inzunza to withdraw our opinion in this case and to permit supplemental briefing is DENIED.

The motion of appellant Inzunza for an extension of time to file a petition for rehearing, and for an extension of the word count limit for such a petition, is GRANTED. The petition for rehearing shall be filed within thirty (30) days from the date of filing of this order. The petition shall not exceed twenty-five (25) pages in length unless it complies with an alternative limitation of 7,000 words or 650 lines of text. A response by the government, if called for by the court, shall comply with the same length limitations.

For the purpose of further proceedings, this appeal is severed from the appeal in *United States v. Zucchet*, No. 05-50960, with which this matter was consolidated for purposes of appeal.