**FILED**

**NOT FOR PUBLICATION**

NOV 02 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 05-50902 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-02434-JTM |
| v. | |
| RALPH INZUNZA, | ORDER |
| Defendant - Appellant. | |

Before: CANBY, BYBEE and M. SMITH, Circuit Judges.

The United States is instructed to file a response to the Defendant's petition for panel and en banc rehearing, filed on November 1, 2010. The response is to be filed within thirty (30) days from the date of filing of this order.

The response shall not exceed twenty-five (25) pages in length unless it complies with an alternative limitation of 7,000 words or 650 lines of text. Parties who are registered for ECF must file the response electronically without submission of paper copies. Parties who are not registered ECF filers must file the original response plus 50 paper copies.