FILED

NOV 09 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-50902 |
| Plaintiff - Appellee, | D.C. No. CR-03-02434-JTM |
| v. | |
| RALPH INZUNZA, | ORDER |
| Defendant - Appellant. | |

CANBY, Circuit Judge:

The government's unopposed motion for an extension of time to file a response to the petition for panel and en banc rehearing is GRANTED. The response shall be filed on or before December 23, 2010.